■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD WILLIAMS, Appellant. [8 NYS3d 133]—Judgment, Supreme Court, New York County (Maxwell Wiley, J., at plea; Patricia Nunez, J., at sentencing), rendered August 22, 2012, convicting defendant of criminal possession of a weapon in the second degree and criminal contempt in the first degree, and sentencing him to an aggregate term of 3½ years, unanimously affirmed.

Defendant's generalized challenge to a search warrant failed to preserve the particular arguments he makes on appeal, and we decline to review them in the interest of justice. As an alternative holding, we reject them on the merits. The warrant affidavit established that the informant at issue was a presumptively reliable citizen-witness (*see People v Hetrick*, 80 NY2d 344, 348 [1992]) who spoke from personal knowledge of the presence of firearms in defendant's apartment at the time of the warrant application. Accordingly, the facts in the supporting affidavit satisfied each of the two prongs of the *Aguilar-Spinelli* test (*see Spinelli v United States*, 393 US 410 [1969]; *Aguilar v Texas*, 378 US 108 [1964]).

We perceive no basis for reducing the sentence, including the five-year term of postrelease supervision. Concur—Sweeny, J.P., Andrias, Manzanet-Daniels and Clark, JJ.